RECEIVED
JUL 1 2008
Jul 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DuBois Williams

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Illinois
Department
of
Correction

_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV3756
JUDGE DARRAH
MAGISTRATE JUDGE SCHENKIER

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: DUBOIS WILLIAMS

B. List all aliases: SAMUEL WILLIAMS

C. Prisoner identification number: B44780

D. Place of present confinement: DIXON CORRECTIONAL CENTER

E. Address: 2600 N. BRINTON AVE. P.O. BOX 1200 DIXON, ILLINOIS 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: MR. KUGER FIRST NAME N/A
Title: LT. KUGER INTERNAL AFFAIRS (2004)
Place of Employment: Big Muddy River Correctional Center 251 N. Illinois Highway 37 P.O. Box 100 INA, IL 62846

B. Defendant: _____
Title: _____
Place of Employment: _____

B. Defendant: MR SAMODMAN FIRST NAME N/A
Title: LT. SAMODMAN Badge # 8228
Place of Employment: DIXON CORRECTIONAL CENTER 2600 N BRINTON AVE. P.O. BOX 1200 DIXON ILLINOIS 61021

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A.  Name of case and docket number: _____

    B.  Approximate date of filing lawsuit: _____

    C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D.  List all defendants: _____

    E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.  Name of judge to whom case was assigned: _____

    G.  Basic claim made: _____

    H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Detain illegally by both LT Kuger and LT. Sambdman.

Internal Affairs officer in Big Muddy River Correctional Center LT Kuger.

LT. Sambdman at Dixon Correctional Center Also in Dietary.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Expose cruel and unusual punishment By STAFF IN ILLINOIS DEPARTMENT OF CORRECTION, Also Abuse of conduct AND HARASSMENT, And the right of Equal Protection

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this June day of 23, 20 08

_Dubois S. Williams_
(Signature of plaintiff or plaintiffs)

DuBois Samuel Williams
(Print name)

B44780
(I.D. Number)

2600 N. Brinton Ave.
P.O. X 1200
Dixon, Illinois 61021
(Address)

6  Revised 9/2007