FILED

JUL 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)                                    )

                        V.                      08CV3756
                                                JUDGE DARRAH
Defendant(s)                                    MAGISTRATE JUDGE SCHENKIER

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1.   I, DuBois S. Williams ,declare that I am the (check appropriate box)

     ☒ plaintiff    ☐ defendant in the above-entitled proceeding and state that I am unable to afford
     the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.   In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in
     this proceeding[NOTE: This item *must* be completed]:

3.   In further support of my motion, I declare that (check appropriate box):

     ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court
       in this or any other civil or criminal proceeding before this Court.

     ☒ I am currently, or previously have been, represented by an attorney appointed by the Court
       in the proceeding(s) described on the back of this page.

4.   In further support of my motion, I declare that (check appropriate box):

     ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
       detailing my financial status.

     ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
       it is a true and correct representation of my financial status.

     ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
       However, my financial status has changed and I have attached an Amended Application to Proceed *In
       Forma Pauperis* to reflect my current financial status.

5.   I declare under penalty that the foregoing is true and correct.

_DuBois L. Williams_                      DIXON CORRECTIONAL CENTER
Movant's Signature                        2600 N. Brinton Ave.
                                          Street Address P.O. BOX 1200
_6-23-08_                                 DIXON, IL 61021
Date                                      City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _Peoria U.S District Court N/A_    Case Number: _N/A_

Case Title: _Criminal Proceeding 1997 or 1998_

Appointed Attorney's Name: _George Taskford out of chicago_ _At The Time_

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐